```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Eric R. Atkinson,

      Plaintiff,

    v.                              Case No. 2:20-cv-1642

Muskingum County
Commissioners, et al.,

      Defendants.

## ORDER

    This is an action filed pursuant to 42 U.S.C. §1983 by plaintiff Eric R. Atkinson, a pro se prisoner currently incarcerated at Noble Correctional Institution, against the Muskingum County Board of Commissioners, the Muskingum County Sheriff's Department, Deputy Sergeant Ryan Williams, Deputy Ryan Dodson, Deputy Michael Lynn, Deputy Jeremy Archer, and K-9 Deputy Narco. On November 23, 2020, defendants filed a motion for summary judgment. In a report and recommendation filed on February 22, 2021, the magistrate judge recommended that the motion for summary judgment be granted.

    The report and recommendation advised the parties that the failure to file objections to the report and recommendation within fourteen days would result in a waiver of the right to have the district judge review the report and recommendation de novo and a waiver of the right to appeal the decision of the district court adopting the report and recommendation. The time period for filing objections has expired, and no objections have been filed.

    The court agrees with the recommendation of the magistrate judge, and hereby adopts the report and recommendation (Doc. 28). Defendants' motion for summary judgment (Doc. 18) is granted. The

clerk is directed to terminate Doc. 19.  Summary judgment is awarded to the defendants on all of plaintiff's claims.  The clerk is directed to enter final judgment in favor of the defendants.

Date: March 24, 2021        <u>     s/James L. Graham     </u>
                                       James L. Graham
                                       United States District Judge